LANG & COMPANY *v.* CAMP PHOSPHATE COMPANY.

LEWIS, J. It appearing that the plaintiff's action was not based upon any written contract, but upon claims in the nature of open accounts against the defendant, and that suit was not instituted for more than four years after the debt became due, the court below did not err in sustaining the demurrer to the plaintiff's petition upon the ground that its allegations showed upon their face that the claim was barred by the statute of limitations.

*Judgment affirmed. All the Justices concurring.*

· Argued June 12, — Decided July 20, 1901.

Complaint. Before Judge Falligant. Chatham superior court. December 29, 1900.

*Mercer & Mercer* and *R. R. Richards*, for plaintiff.
*Denmark, Adams & Freeman* and *W. T. Johnson*, for defendant.